Form 3015-1 - Chapter 13 Plan

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA FOURTH DIVISION

In re:
WILLIE L CUMMINGS, JR
TERESA A CUMMINGS

**MODIFIED CHAPTER 13 PLAN**

Dated: March 15, 2012

DEBTOR

Case No. 12-40472

*In a joint case, debtor means debtors in this plan.*

1. **DEBTOR'S PAYMENTS TO THE TRUSTEE —**
   a. As of the date of this plan, the debtor has paid the trustee $ 0.00 .
   b. After the date of this plan, the debtor will pay the trustee $350.00 per month for 13 months beginning February 2012 for a total of $4,550.00; **then** $217.00 per month for 2 months beginning March 2013 for a total of $434.00; **then** $261.00 per month for 4 months beginning May 2013 for a total of $1,044.00; **then** $480.00 per month for 7 months beginning September 2013 for a total of $3,360.00; **then** $579.00 per month for 4 months beginning April 2014 for a total of $2,316.00; **then** $612.00 per month for 15 months beginning August 2014 for a total of $9,180.00; **then** $765.00 per month for 15 months beginning November 2015 for a total of $11,475.00. The minimum plan payment length is __ 36 or X 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
   c. The debtor will also pay the trustee - **The debtors shall send the Trustee each year during the Chapter 13 Plan copies of their federal and state income tax returns at the time they are filed. The debtors shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case and shall be entitled to retain the first $2,000.00 plus any earned income credit (EIC). Any remaining amounts shall be turned over to the Chapter 13 plan as additional plan payments.**
   d. The debtor will pay the trustee a total of $ 32,359.00  [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE —** The trustee will pay from available funds only creditors for which proof of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ 3,235.00 , [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)] —** The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

   | Creditor | Monthly Payment | Number of Months | Total Payments |
   |---|---|---|---|
   | -NONE- | $ | | $ |
   | a. TOTAL | | | $ 0.00 |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365] —** The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

   | Creditor | Description of Property |
   |---|---|
   | -NONE- | |

5. **CLAIMS NOT IN DEFAULT —** Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

   | Creditor | Description of Property |
   |---|---|
   | a. Fifth Third Bank | 2007 Mazda CX-7 |
   | b. Green Tree | Homestead |
   | c. Nationstar Mortgage | Homestead |
   | d. Volkswagon Credit | 2006 Volkswagen Passat |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)] —** The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates.* The trustee will pay the actual amounts of default.

   | Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
   |---|---|---|---|---|---|
   | -NONE- | $ | $ | | | $ |
   | a. TOTAL | | | | | $ 0.00 |

7. **CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e) ]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay for the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate.*

| Creditor | Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| -NONE- | $ | $ | | | | $ |
| a. TOTAL | | | | | | $ 0.00 |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int. Rate | Beg. in Mo. # | (Monthly Pmnts) x | (No. of Pmnts) = | Pmnts on Account of Claim + | (Adq. Prot. from ¶ 3) = | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| -NONE- | $ | $ | | $ | | $ | $ | $ | |
| a. TOTAL | | | | | | | | | $ 0.00 |

9. **PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates.* The trustee will pay the amounts actually allowed.

| | Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. | Attorney Fees | $ 3,000.00 | $ 315.00 | 1 | 10 | $ 3,000.00 |
| b. | Domestic Support | $ | $ | | | $ |
| c. | Internal Revenue Service | $ | $ | | | $ |
| d. | Minn Dept of Revenue | $ | $ | | | $ |
| e. | TOTAL | | | | | $ 3,000.00 |

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows: -NONE-
    The trustee will pay the allowed claims of the following creditors. *All entries below are estimates.*

| Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | $ |
| a. TOTAL | | | | | | $ 0.00 |

11. **TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ 26,124.00  [line 1(d) minus lines 2, 6(a), 7(a), 8(a), 9(b) and 10(a)].

    a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ 0.00 .

    b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ 42,349.00* .

    c. Total estimated unsecured claims are $ 42,349.00* [line 11(a) + line 11(b)].

12. **TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10 or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS** — **The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.**

    FINANCIAL ONE CREDIT UNION: Debtor is surrendering the 2008 Yamaha motorcycle to the Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.

    * The debtor will pay the student loans direct to Sallie Mae or its assigns. The student loan balances are not included in the total estimated unsecured claims in #11b and 11c.

**14. SUMMARY OF PAYMENTS** —

| | | |
|---|---|---:|
| Trustee's Fee [Line 2] | $ | 3,235.00 |
| Home Mortgage Defaults [Line 6(a)] | $ | 0.00 |
| Claims in Default [Line 7(a)] | $ | 0.00 |
| Other Secured Claims [Line 8(a)] | $ | 0.00 |
| Priority Claims [Line 9(b)] | $ | 3,000.00 |
| Separate Classes [Line 10(a)] | $ | 0.00 |
| Unsecured Creditors [Line 11] | $ | 26,124.00 |
| **TOTAL [must equal Line 1(d)]** | $ | 32,359.00 |

*Insert Name, Address, Telephone and License Number of Debtor's Attorney:*
Robert J. Hoglund 210997
Hoglund, Chwialkowski & Mrozik P.L.L.C
1781 West County Road B
PO Box 130938
Roseville, MN 55113
(651) 628-9929
210997

Signed  /s/ WILLIE L CUMMINGS, JR
WILLIE L CUMMINGS, JR
DEBTOR

Signed  /s/ TERESA A CUMMINGS
TERESA A CUMMINGS
DEBTOR (if joint case)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                    Bkry Case No: 12-40472

Willie L. Cummings, Jr.                                          Chapter 13

and

Teresa A. Cummings

           Debtor(s).

**NOTICE OF FILING MODIFIED CHAPTER 13 PLAN PRIOR TO CONFIRMATION**

TO:  ALL PARTIES IN INTEREST

    PLEASE TAKE NOTICE that the debtor(s), pursuant to Local Rule 3015-2(a) have filed the attached modified the Chapter 13 Plan.  The Hearing on Confirmation of the Modified Plan is scheduled for April 19, 2012 at 10:30 a.m. in United States Bankruptcy Court, Courtroom 8 West, Eighth Floor, 300 South Fourth Street, Minneapolis, Minnesota.

    Any objection to this Modified Plan must be served by delivery not later than 24 hours prior to the time and date set for the confirmation hearing or mailed not later than three days prior to the date set for the confirmation hearing.

Dated: March 27, 2012

HOGLUND, CHWIALKOWSKI & MROZIK, PLLC
Signed: /e/ ***Robert J. Hoglund***

| | |
|---|---|
| Robert J. Hoglund | #210997 |
| Keith Chwialkowski | #210134 |
| Marie F. Martin | #287040 |
| Jeffrey J. Bursell | #293362 |
| Kristen M. Whelchel | #339866 |
| Andrea L. Cobery | #350266 |
| Jay M. Halverson | #311054 |

Attorney for Debtor(s)
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Bkry Case No: 12-40472 |
| Willie L. Cummings, Jr. | Chapter 13 |
| and | |
| Teresa A. Cummings | **UNSWORN CERTIFICATE** |
| Debtor(s). | **OF SERVICE** |

I, Rhonda L. Juneski, employed by Hoglund, Chwialkowski & Mrozik, PLLC, attorneys licensed to practice law in this Court, with office address of 1781 West County Road B, Roseville, Minnesota 55113, declare that on March 27, 2012, I served the Modified Chapter 13 Plan and Notice of Filing Modified Plan Prior to Confirmation to each of the entities named below:

**E-Notice Only:**

Jasmine Z. Keller  
Trustee in Bankruptcy  
12 South Sixth St., #310  
Minneapolis, Minnesota 55402

United States Trustee  
1015 United States Courthouse  
300 South Fourth Street  
Minneapolis, Minnesota 55415

By first class mail postage prepaid addressed to each of the entities as follows:

Willie L. Cummings, Jr.  
Teresa A. Cummings  
10660 Juniper Street Northwest  
Coon Rapids, Minnesota  55448

And to all creditors/parties in interest listed on matrix (see attached)

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 27, 2012

Signed: /e/ Rhonda L. Juneski  
            Legal Assistant

| | | |
|---|---|---|
| AAA FINANCIAL SERVICES<br>PO BOX 851001<br>DALLAS TX 75285-1001 | AAA FINANCIAL SERVICES<br>PO BOX 15026<br>WILMINGTON DE 19850-5026 | BANK OF AMERICA<br>PO BOX 851001<br>DALLAS TX 75285-1001 |
| BANK OF AMERICA<br>PO BOX 15026<br>WILMINGTON DE 19850-5026 | BEST BUY<br>HSBC RETAIL SERVICES<br>PO BOX 5238<br>CAROL STREAM IL 60197-5238 | BEST BUY<br>HSBC RETAIL SERVICES<br>PO BOX 15524<br>WILMINGTON DE 19850 |
| DISCOVER CARD<br>PO BOX 6103<br>CAROL STREAM IL 60197-6103 | DISCOVER CARD<br>PO BOX 30943<br>SALT LAKE CITY UT 84130-0943 | DISCOVER FINANCIAL SERVICES<br>PO BOX 6103<br>CAROL STREAM IL 60197-6103 |
| FIFTH THIRD BANK<br>PO BOX 598<br>AMELIA OH 45102 | FIFTH THIRD BANK<br>PO BOX 630778<br>38 FOUNTAIN SQ PLAZA<br>CINCINNATI OH 45263-0778 | FINANCIAL ONE CREDIT UNION<br>843 40TH AVE NE<br>COLUMBIA HEIGHTS MN 55421 |
| GE CAPITAL RETAIL BANK<br>PO BOX 960061<br>ORLANDO FL 32896-0061 | GE CAPITAL RETAIL BANK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 103104<br>ROSWELL GA 30076 | GREEN TREE<br>PO BOX 94710<br>PALATINE IL 60094-4710 |
| GREEN TREE<br>BANKRUPTCY DEPT<br>PO BOX 6154<br>RAPID CITY SD 57709 | HOME DEPOT<br>PO BOX 653000<br>DALLAS TX 75265-3000 | HOME DEPOT CREDIT SERVICES<br>PO BOX 182676<br>COLUMBUS OH 43218-2676 |
| MENARDS<br>HSBC RETAIL SERVICES<br>DEPT 7680<br>CAROL STREAM IL 60116-7680 | MENARDS<br>HSBC RETAIL SERVICES<br>PO BOX 15521<br>WILMINGTON DE 19850-5521 | NATIONSTAR MORTGAGE<br>PO BOX 650783<br>DALLAS TX 75265-0783 |
| SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE PA 18773-9500 | VOLKSWAGEN CREDIT<br>PO BOX 0549<br>CAROL STREAM IL 60132 | VOLKSWAGEN CREDIT<br>PO BOX 17497<br>BALTIMORE MD 21297-1497 |
| VOLKSWAGEN CREDIT<br>PO BOX 3<br>HILLSBORO OR 97123 | WELLS FARGO CARD SERVICES<br>PO BOX 6412<br>CAROL STREAM IL 60197-6412 | WELLS FARGO CARD SERVICES<br>PO BOX 9210<br>DES MOINES IA 50306 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Wells Fargo Bank, NA<br>1 Home Campus, 3rd Floor<br>Des Moines, IA  50328 | FIA Card Services, NA<br>PO Box 15102<br>Wilmington, DE  19886-5102 |

Fifth Third Bank
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

Financial One Credit Union
11465 Robinson Drive
Coon Rapids, MN  55433

AES/PHEAA
PO Box 8147
Harrisburg, PA  17105

HSBC Bank Nevada, NA
c/o Bass & Associates, PC
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ  85712

Minnesota Department of Revenue
Bankruptcy Section
PO Box 64447
St. Paul, MN  55101

Green Tree Servicing, LLC
PO Box 0049
Palatine, IL  60055-0049

Sallie Mae Trust
c/o Sallie Mae, Inc.
220 Lasley Avenue
Wilkes-Barre, PA  18706

Willie L. Jr. and Teresa A. Cummings
10660 Juniper Street Northwest
Coon Rapids, MN  55448

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Willie L. Cummings, Jr.

and

Teresa A. Cummings

Debtor(s).

Bankruptcy Case Number: 12-40472

**SIGNATURE DECLARATION**

( ) PETITION, SCHEDULES & STATEMENTS
( ) CHAPTER 13 PLAN
( ) SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION
( ) AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
(X) MODIFIED CHAPTER 13 PLAN/MOTION FOR HEARING
( ) OTHER: (Please describe)
(X) **VERIFICATION**: I (we), <u>Willie L. Cummings, Jr.</u>... and <u>Teresa A. Cummings</u>, debtor(s) named in the attached documents, declare under penalty of perjury that the foregoing is true and correct.

I[We] <u>Willie L. Cummings, Jr.</u>... and <u>Teresa A. Cummings</u>, the undersigned debtor(s) or authorized individual, ***hereby declare under penalty of perjury*** that the information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct. I consent to my attorney electronically filing my petition, a scanned image of this declaration, statements, and schedules, amendments, and/or chapter 13 plan, as indicated above, with the United States Bankruptcy Court. I understand that a scanned image of this declaration is to be converted to PDF, and either inserted as the last page in the electronic submission or electronically submitted within five days after the above-named document have been electronically submitted.

[ ] If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

[ ] If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in the petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Date: 3/19/12

X /s/ Willie L. Cummings Jr.
Signature of Debtor or Authorized Individual
Willie L. Cummings, Jr..
Printed Name of Debtor or Authorized Individual

X /s/ T. Cummings
Signature of Joint Debtor
Teresa A. Cummings
Printed Name of Joint Debtor

HOGLUND, CHWIALKOWSKI & MROZIK, PLLC
Signed: /e/ *Robert J. Hoglund*
Robert J. Hoglund    #210997
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929